NOT DESIGNATED
FOR PUBLICATION

**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE:  Docket Number 2021-CA-0300

John J. Favaloro

- - Versus - -

Melissa Lynn Favaloro

22nd Judicial District Court
Case #: 201614514
St. Tammany Parish

On Application for Rehearing filed on  02/03/2022 by Melissa Lynn Favaloro
Rehearing  Denied

_John Michael Guidry_

_Guy Holdridge_

_Wayne Ray Chutz_

Holdridge J., dissents -
would grant Rehearing

Date  **FEB 1 6 2022**

_Rodd Naquin, Clerk_